WAWD (Rev. 2/2018) IFP and WrittenConsent

# UNITED STATES DISTRICT COURT
## Western District of Washington

Quentin J. Stevens

**Plaintiff**

vs.

United States Government

**Defendant(s)**

Case Number: 2:21-cv-00528 JCC

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) Quentin J. Stevens declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows:

_____ FILED
_____ LODGED
_____ RECEIVED
**MAIL**

**APR 19 2021**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

☐ Yes  Total amount of net monthly salary (take home pay) $ 1000.00 mth

Name and address of employer Uplift NW, org

☒ No  Date of last employment 3/24/21 Total amount of last net monthly salary $ .300

2. If married, is your spouse presently employed? ☒ Not married

☐ Yes  Total amount of spouse's net monthly salary (take home pay) $ _____

Name and address of employer _____

☐ No  Date of spouse's last employment _____ Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

a. Business, profession or other self-employment                              $ 0
b. Income from rent, interest or dividends                                    $ 0
c. Pensions, annuities or life insurance payments                            $ 0
d. Disability, unemployment, workers compensation or public assistance       $ 9,552.00
e. Gifts or inheritances                                                     $ 0
f. Money received from child support or alimony                              $ 0
g. Describe any other source of income Online School                        $ 3,550

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ _20_     Checking Account $ _500_     Savings Account $ _500_

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☐ Yes
☒ No

$ _____

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☐ Yes
☒ No

$ _____

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

rent , utilitys, phone      $ 1,500

8. Provide any other information that will help explain why you cannot pay court fees and costs.

panedemic

I declare under penalty of perjury that the foregoing is true and correct.

4/13/21     _(signature)_
**Executed on: (Date)     Signature of Plaintiff (Required)**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) Quentin J. Stevens

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

4/13/21     _(signature)_
**Executed on: (Date)     Signature of Plaintiff (Required)**